# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEANINE P. MILLER  
207 S. GARDINER AVENUE  
ROCKFORD, IL  61104

SSN-xxx-xx-0208

Case Number: 08-70521

Case filed on: 2/26/2008  
Plan Confirmed on: 5/2/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,127.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 3,500.00 | 3,500.00 | 867.58 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 867.58 | 0.00 |
| 014 | SEEBER FOOT & ANKLE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ILLINOIS DEPARTMENT OF REVENUE | 14.21 | 14.21 | 0.00 | 0.00 |
|  | Total Priority | 14.21 | 14.21 | 0.00 | 0.00 |
| 999 | JEANINE P. MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITI RESIDENTIAL LENDING INC | 23,193.30 | 166.03 | 166.03 | 0.00 |
|  | Total Secured | 23,193.30 | 166.03 | 166.03 | 0.00 |
| 002 | ALPINE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 1,086.13 | 108.61 | 0.00 | 0.00 |
| 004 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CONDELL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CRUSADER CLINIC | 168.00 | 16.80 | 0.00 | 0.00 |
| 008 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LYDIA S. MEYER | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MOSTLY CATS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 1,229.08 | 122.91 | 0.00 | 0.00 |
| 012 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROSECRANCE HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | TOP SECRET ADVENTURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | US POSTAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | US TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | YMCA OF ROCK RIVER VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ILLINOIS DEPARTMENT OF REVENUE | 40.00 | 4.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,523.21 | 252.32 | 0.00 | 0.00 |
|  | Grand Total: | 29,230.72 | 3,932.56 | 1,033.61 | 0.00 |

Total Paid Claimant:    $1,033.61  
Trustee Allowance:    $93.39  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan